Andrew B. Downs
Nevada Bar No. 8052
E-mail:andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, California 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701

Martin J. Kravitz
Nevada Bar No. 83
E-mail: mkravitz@ksjattorneys.com
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203

Attorneys for Defendant Granite State Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC dba GUN GARAGE/GAG,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, a New York corporation; LOCKTON AFFINITY LLC, a Missouri limited liability company; BRENT RYAN, an individual and as Account Manager for LOCKTON AFFINITY, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00803-APG-PAL<br><br>**STIPULATION FOR ENTRY OF CLAWBACK ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502 AND CLAWBACK ORDER** |

Plaintiff Performance Rhino LLC dba Gun Garage and defendants Granite State Insurance Company, Lockton Affinity Series of Lockton Affinity LLC and Brent Ryan stipulate and request pursuant to Federal Rule of Evidence 502 that the Court enter the proposed order

appearing below. This request is made to protect against inadvertent waiver of applicable privileges as authorized by Rule 502, and in particular subsection (d) of that rule.

DATED: April 24, 2017

BULLIVANT HOUSER BAILEY PC

By  /s/ *Andrew B. Downs*
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, California 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Granite State Insurance Company

DATED: April 24, 2017

MARQUIS AURBACH COFFING

By  /s/ *Jared M. Moser\* (By E-Mail Auth. ABD)*
Jason M. Gerber
Nevada Bar No. 9812
Jared M. Moser
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: 702.382.0711
Facsimile: 702.382.5816

Attorneys for Plaintiff Performance Rhino LLC dba Gun Garage

DATED: April 24, 2017

LEWIS BRISBOIS BISGAARD & SMITH

By  /s/ Marc S. Cwik* (By e-mail auth. ABD)
Marc S. Cwik
Nevada Bar No. 6946
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendants Lockton Affinity Series of Lockton Affinity LLC and Brent Ryan

**CLAWBACK ORDER PURSUANT TO F.R.E. 502**

Federal Rule of Evidence 502(d) authorizes the court to ender an order providing that any applicable privilege or protection is not waived by disclosure connected with the litigation pending before the court. The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Evidence 502, that

1. The disclosure, in oral or written form, of any information which would otherwise be protected by Federal Rule of Evidence 501, Federal Rule of Evidence 502, or the provisions of Chapter 49 of the Nevada Revised Statutes, shall not operate as a waiver of the applicable privilege or the work-product protection.

2. Pursuant to Federal Rule of Evidence 502(d), any disclosure protected by this Order also is not a waiver of the applicable privileges or work-product protection in any other Federal or State proceeding.

3. Should counsel for either party receive a document which he or she reasonably believes contains material protected by a privilege under Federal Rule of Evidence 501, Federal Rule of Evidence 502 or Chapter 49 of the Nevada Revised Statutes, counsel shall immediately notify counsel for the holder of the privilege and shall return all copies of the document upon

///

///

///

– 3 –

request, without waiving the receiving party's right to seek an order from the court that the document(s) in question are not privileged.

IT IS SO ORDERED.

DATED: June 21, 2017

_____
United States Magistrate Judge

4827-2505-2230.1

*****