**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com
jmoser@maclaw.com
*Attorneys for Plaintiff Performance*
*Rhino, LLC d/b/a Gun Garage/GAG*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO LLC d/b/a GUN GARAGE/GAG, | Case Number: 2:17-cv-00803-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR COURT DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| GRANITE STATE INSURANCE COMPANY, a New York corporation; LOCKTON AFFINITY LLC, a Missouri limited liability company; BRENT RYAN, an individual and as Account Manager for LOCKTON AFFINITY, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Performance Rhino, LLC d/b/a Gun Garage/GAG ("Plaintiff"), by and through its attorneys of record, Jason M. Gerber, Esq. and Jared M. Moser, Esq., of the law firm of Marquis Aurbach Coffing; Defendant Granite State Insurance Company ("Granite State"), by and through its attorney of record, Andrew B. Downs, Esq., of the law firm of Bullivant Houser Bailey, PC; and Defendants Lockton Affinity Series of Lockton Affinity, LLC f/k/a Lockton Affinity, LLC, f/k/a Lockton Risk Services, Inc. ("Lockton") and Brent Ryan ("Ryan"), by and through their

attorneys of record, Marc S. Cwik, Esq. and Steven L. Foremaster, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request and stipulate as follows.

## I.    RECITALS.

1.    On February 16, 2017 Plaintiff Performance Rhino, LLC dba Gun Garage ("Gun Garage") filed this action against Granite State Insurance Company ("Granite State"), Lockton Affinity, LLC ("Lockton") and Brent Ryan ("Ryan").

2.    On March 17, 2017 Lockton Affinity and Ryan filed a Notice of Removal from Nevada State District Court to the U.S. District Court for the District of Nevada.

3.    On March 20, 2017 Granite State joined that Notice of Removal.

4.    On March 21, 2017 this Court issued a Minute Order assigning the matter to Judge Andrew P. Gordon.

5.    Lockton Affinity, Ryan and Granite all answered Gun Garage's Complaint and denied liability for any claims.

6.    In August and September, 2017 the Defendants individually negotiated settlements with Gun Garage.

7.    One of the relevant settlement terms is that there would be a determination by this Court that the settlements were reached in good faith.

8.    The parties wish to keep their settlement amounts confidential from the public record and have agreed to submit the settlement amounts to the Court for an in-camera review, should this Court request to view the settlement amounts.

9.    The parties, therefore, now entered the following stipulations.

## II.    STIPULATIONS.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the settlement entered into between Granite State and Gun Garage has been entered into in good faith, pursuant to NRS 17.245 and applicable case law, and any and all claims, counterclaims and third-party claims for contribution or equitable/implied indemnity of any party, person or entity against Granite and/or Gun Garage, whether compulsory or

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

permissive, whether asserted or not, whether legal or equitable, related in any way to the claims asserted in the case at bar shall forever be discharged and barred, with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the settlement entered into between Lockton Affinity, Ryan and Gun Garage has been entered into in good faith, pursuant to NRS 17.245 and applicable case law, and any and all claims, counterclaims and third-party claims for contribution or equitable/implied indemnity of any party, person or entity against Lockton Affinity, Ryan and/or Gun Garage, whether compulsory or permissive, whether asserted or not, whether legal or equitable, related in any way to the claims asserted in the case at bar shall forever be discharged and barred, with prejudice; and

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Gun Garage's Complaint against Granite State, Lockton Affinity and Ryan shall be dismissed in its entirety with prejudice, with each party to bear their own costs and attorneys fees.

Dated this 20th day of September, 2017.

**MARQUIS AURBACH COFFING**

By: */s/ Jason M. Gerber, Esq.*
   Jason M. Gerber, Esq.
   Nevada Bar No. 9812
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Plaintiff Performance*
   *Rhino, LLC d/b/a Gun Garage/GAG*

Dated this 20th day of September, 2017.

**LEWIS BRISBOIS BISGAARD & SMITH**

By: */s/ Marc S. Cwik, Esq.*
   Marc S. Cwik, Esq.
   Nevada Bar No. 6946
   Steven L. Foremaster, Esq.
   Nevada Bar No. 10350
   6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada 89118
   *Attorney for Defendants Lockton*
   *Affinity Series of Lockton Affinity,*
   *LLC f/k/a Lockton Affinity, LLC,*
   *f/k/a Lockton Risk Services, Inc.*
   *and Brent Ryan*

Dated this 20th day of September, 2017.

**BULLIVANT HOUSER BAILEY, P.C.**

**KRAVITZ, SCHNITZER**
**& JOHNSON, CHTD.**

By:*/s/ Andrew B. Downs, Esq.*          and
    Andrew B. Downs, Esq.
    Nevada Bar No. 8052
    101 Montgomery Street, Suite 2600
    San Francisco, CA 94109
    *Attorneys for Defendant Granite State Insurance Company*

    Martin J. Kravitz, Esq.
    Nevada Bar No. 83
    8985 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123

## **ORDER**

Upon review of the above Recitals and Stipulations, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Settlements entered into between Granite State and Gun Garage, and between Lockton, Ryan and Gun Garage, have been entered into in good faith pursuant to NRS 17.245 in the applicable case law, and any and all claims, counterclaims and third-party claims for contribution or equitable/implied indemnity of any party, person or entity against Granite State, Lockton, Ryan and/or Gun Garage, whether compulsory or permissive, whether asserted or not, whether legal or equitable, related in any way to the claims asserted in the case at bar, shall forever be discharged and barred, with prejudice; and

IT IS HEREBY FURTHER ORDER, ADJUDGED AND DECREED that Gun Garage's Complaint shall be dismissed in its entirety with prejudice, with each party to bear their own costs and attorneys fees.

IT IS HEREBY ORDERED this 3rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Submitted by:

MARQUIS AURBACH COFFING


By: /s/ Jason M. Gerber, Esq.
    Jason M. Gerber, Esq.
    Nevada Bar No. 9812
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Performance Rhino,*
    *LLC d/b/a Gun Garage/GAG*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816